Ryan D. Fischbach, Esq. (SBN 204406)
rfischbach@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
M&C MANAGEMENT SERVICES
(USA) INC. d/b/a MILLENNIUM HOTELS
AND RESORTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M&C MANAEMENT SERVICES (USA) INC. d/b/a MILLENNIUM HOTELS AND RESORTS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00152-KJM-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT AND TO EXTEND TIME TO RESPOND TO PLAINTIFFS CLASS ACTION COMPLAINT; AND ORDER**<br><br>Action Filed: 01/26/2021 |

IT IS HEREBY STIPULATED AND AGREED, by and between VALERIE BROOKS ("Plaintiff") and M&C MANAGEMENT SERVICES (USA) INC. d/b/a MILLENNIUM HOTELS AND RESORTS ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective attorneys, and subject to Court approval, that the default entered on June 2, 2021 be set aside and that Defendant shall have 28-days to respond to Plaintiff's Complaint.

WHEREAS, on January 26, 2021, Plaintiff filed this action in the United States District Court of the Eastern District.

WHEREAS, on February 8, 2021, Plaintiff filed a Proof of Service, indicating service on an agent in Colorado on February 4, 2021.

WHEREAS, on June 2, 2021, Plaintiff's filed a Request for Entry of Default, which was entered by the Court on June 2, 2021.

WHEREAS, Defendant has no record of receiving a copy of the original service and Defendant's first awareness of the action was receipt of the Request for Entry of Default.

WHEREAS, the Parties are in discussions regarding the substance of Plaintiff's claims.

WHEREAS, the Parties have agreed that Plaintiff hereby withdraws her Request for Entry of Default and agrees to set aside the default against Defendant.

WHEREAS, the Parties have further agreed that Defendant will file its responsive pleading to Plaintiff's Class Action Complaint within twenty-eight (28) days, by July 20, 2021.

///
///
///

| | |
|---|---|
| 1 | Based on the facts above and the Parties' agreement, it is hereby stipulated |
| 2 | pursuant to Eastern District of California Local Rules 143 and 144, and subject to |
| 3 | Court approval, that the Request for Default entered on June 2, 2021 be set aside and |
| 4 | that Defendant may have up to and including July 20, 2021 to respond to the Class |
| 5 | Action Complaint. |

**IT IS SO STIPULATED.**

Dated: June 22, 2021    **BAKER & HOSTETLER LLP**

By:  */s/ Ryan D. Fischbach*
     Ryan D. Fischbach

*Attorneys for Defendant*
M&C MANAGEMENT SERVICES (USA) INC. d/b/a MILLENNIUM HOTELS AND RESORTS

Dated: June 22, 2021    **WILSHIRE LAW FIRM**

By:  */s/ Jasmine Behroozan*
     (as authorized on June 22, 2021)
     Jasmine Behroozan, Esq.

*Attorneys for Plaintiff*
VALERIE BROOKS

# ORDER

The Court, having read and considered the Parties' Stipulation, and for good cause appearing, **HEREBY ORDERS** that the Default against Defendant M&C MANAGEMENT SERVICES (USA) INC. d/b/a MILLENNIUM HOTELS AND RESORTS is set aside and deemed to have no force or effect, and Defendant shall have up to and including July 20, 2021 to respond to the Class Action Complaint.

**IT IS SO ORDERED.**

Dated: June 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE